NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDA WOODS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3098

---

Petition for review of the Merit Systems Protection Board in No. AT-0353-12-0684-I-1.

---

**ON MOTION**

---

**O R D E R**

Brenda Woods moves for leave to proceed in forma pauperis.

The court notes that this case was dismissed on May 13, 2014 for failure to pay the fee and for failure to submit the Federal Circuit Rule 15(c) statement. The Rule 15(c) statement was filed on May 22, 2014. We treat Woods' motion for leave to proceed in forma pauperis as a motion to reinstate the petition.

2                                    WOODS v. USPS

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.

(3)  The United States Postal Service's informal brief is due within 21 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24